THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CANDY J. WILSON, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered July 20, 2005. The judgment convicted defendant, upon her plea of guilty, of rape in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.